GREGG A. THORNTON (SBN 146282)
JENNIFER L. RUSNAK (SBN 247054)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
SANDRA SPAGNOLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOMADA,<br><br>            Plaintiff,<br><br>    v.<br><br>SANDRA SPAGNOLI, DOES ONE through TWENTY, inclusive,<br><br>            Defendants. | CASE NO.  C 09-05872 JL<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE<br><br>**(28 U.S.C. § 1406(a))**<br><br>Date : April 7, 2010<br>Time : 9:30 a.m.<br>Ctrm : F, 15th Floor<br>Judge: Hon. James Larson |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The motion of defendant SANDRA SPAGNOLI for an order dismissing plaintiff's complaint for improper venue, or in the alternative, transferring the action to the Sacramento Division of the Eastern District of California, ~~came on regularly for hearing before this Court on April 7, 2010.  Counsel appeared for both plaintiff and moving party~~ was submitted on the papers by order of the Court.

After full consideration of the moving and opposition papers, the evidence submitted by all parties, ~~the arguments of~~

---

1

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE (28 U.S.C. 1406(a))
C 09-05872 JL**

188503.1 555.28539

~~parties and counsel~~, all other matters presented to the Court associated with the subject motion to dismiss pursuant to F.R.Civ.P. 12(b)(3) and it being clear that there is no basis for venue in this District, and good cause appearing therefor:

IT IS ORDERED that the motion is hereby granted. Accordingly, the court orders that:

_____ ~~The complaint is dismissed pursuant to F.R.Civ.P. 12(b)(3) and 28 U.S.C. § 1406(a) for improper venue.~~

__X__ The complaint is transferred to the Sacramento Division of the Eastern District of California pursuant to 28 U.S.C. § 1406(a).

IT IS SO ORDERED:

Dated: 4/8/2010

IT IS SO ORDERED
/s/ Judge Marilyn H. Patel
District

Selman Breitman LLP
ATTORNEYS AT LAW

188503.1  555.28539

2
**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE (28 U.S.C. 1406(a))**
C 09-05872 JL