GREGORY S. WALSTON, State Bar No. 196776
WALSTON CROSS, Attorneys
735 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATS DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOMADA,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SANDRA SPAGNOLI, OFFICER MARK SIMONSON, and DOES ONE through TWENTY, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:10cv856-GEB<br><br>**STIPULATION AND ORDER RE: AMENDMENT TO COMPLAINT** |

　　　Upon filing the complaint herein, plaintiff was ignorant of the true name of a defendant. Having designated said defendant in the complaint by a fictitious name, to wit: DOE NO. ONE and having discovered the true name of said defendant to be OFFICER MARK SIMONSON, plaintiff wishes to amend his complaint by inserting such true name in the place and stead of such fictitious name wherever it appears in the complaint.

　　　Accordingly, the parties hereby stipulate by and through their respective counsel that plaintiff's complaint should be amended by redesignating OFFICER MARK SIMONSON in the place of DOE NO. ONE, and inserting such true name in the place and stead of such fictitious name wherever it appears in the complaint. A proposed Second Amended complaint is attached as Exhibit A.

/ / /

/ / /

- 1 -

By entering this stipulation, defendant does not waive any defense it could assert in an affirmative defense set forth in an answer, a motion pursuant to Fed. R. Civ. P. 12(b) or any other appropriate vehicle.

Dated: January 9, 2011                        SELMAN BREITMAN, LLP

                                                                    /S/_____
                                                               By: Jennifer L. Rusnak

                                                               ATTORNEYS FOR DEFENDANT

Dated: January 9, 2011                        WALSTON CROSS, Attorneys

                                                               /S/_____
                                                               By: Gregory S. Walston

                                                               ATTORNEYS FOR PLAINTIFF

## ORDER

Plaintiff is hereby allowed to file the Second Amended Complaint attached as an exhibit to the stipulation filed on January 21, 2011, provided that the referenced amended complaint is filed within five days of the date on which this order is filed.

**Date: 2/3/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge