GREGG A. THORNTON (SBN 146282)
JENNIFER L. RUSNAK (SBN 247054)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
SANDRA SPAGNOLI and OFFICER
MARK SIMONSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSEPH TOMADA, | CASE NO.  2:10-CV-00856-GEB-DAD |
|---|---|
| Plaintiff, | **NOTICE AND STIPULATION FOR PROPOSED MODIFICATION OF STATUS ORDER; AND ORDER THEREON** |
| v. | |
| SANDRA SPAGNOLI, OFFICER MARK SIMONSON, and DOES ONE through TWENTY, inclusive, | **LOCAL RULES 143; 144** |
| Defendants. | |

The parties to the above-captioned action, through their respective counsel, and stipulate as follows:

1.  Discovery in this matter is taking longer than anticipated in the Rule 26(f) joint status report and discovery plan submitted by the parties.  [*See* Joint Status Conference Statement filed November 1, 2010, Docket No. 46.]  The parties are actively engaging in discovery in a good faith effort to complete discovery in a timely manner.  The plaintiff's medical records have been subpoenaed by defendants, and have recently been produced.  The parties have already exchanged some written

1
**NOTICE AND STIPULATION FOR PROPOSED MODIFICATION OF STATUS ORDER; AND**
**[PROPOSED] ORDER THEREON**
**2:10-CV-00856-GEB-DAD**

216001.1 555.28539

discovery, and continue to do so.  In addition, the parties are working to set necessary depositions in this matter.  The depositions of plaintiff, JOSEPH TOMADA, defendant OFFICER MARK SIMONSON, and several percipient witnesses have already been scheduled.  The defendants are currently working to schedule the depositions of additional percipient witnesses, including at least one individual who may be currently incarcerated.

2.   On January 21, 2011, plaintiff filed and submitted the court a Stipulation and [Proposed] Order re: Amendment to Complaint to substitute Officer Mark Simonson as a Doe defendant in this matter.  [*See* Docket No. 49, hereafter "Stipulation."]  A copy of the proposed second amended complaint was attached to that Stipulation.  [Id.]  The court approved the Stipulation on February 4, 2011, and ordered plaintiff to file the second amended complaint within five (5) days of the order.  Thereafter, on February 7, 2011, Plaintiff filed a second amended complaint However, due to an inadvertent error, plaintiff filed a different version of the second amended complaint than that which had been attached to the Stipulation.  On February 18, 2011, plaintiff submitted a Stipulation and [Proposed] Order re: Amendment to Complaint in order to obtain leave to correct this inadvertent error and file the third amended complaint pursuant to the original Stipulation.  Once the correct third amended complaint is filed, newly added defendant OFFICER MARK SIMONSON intends to file a responsive pleading shortly thereafter, bringing this matter at issue.

3.   Pursuant to the Court's November 10, 2010 Pretrial

Scheduling Order, any defendant substituted in place of a Doe defendant may, within thirty (30) days after service of process and without needing to meet the good cause standard, file a "Notice of Proposed Modification of Status Order." [*See* Status (Pretrial Scheduling) Order filed November 10, 2010, Docket No. 48.]  Based upon the recent substitution as a Doe defendant in this case, and in addition to the parties' stipulation, defendant OFFICER MARK SIMONSON hereby seeks modification of the Status Order pursuant to the court's November 10, 2010 Status (Pretrial Scheduling) Order.

    4.   Pursuant to Local Rule 144(b), the parties have not previously obtained any extensions of the pre-trial dates in this matter.

    5.   The parties have agreed on a set of pre-trial dates to allow anticipated discovery to be conducted while adhering as close as possible to the court's calendar and the typical pre-trial scheduling procedures outlined in the Order Setting Status (Pretrial Scheduling) Conference filed on April 12, 2010.  [*See* Docket No. 18.]  Further, the stipulated proposed pre-trial dates will not require a change in the date set for the pre-trial conference or trial of this matter.

    6.   THEREFORE, THE PARTIES STIPULATE AND AGREE to seek the following modifications of the Pretrial Schedule:

/ / /

/ / /

/ / /

/ / /

| Event | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Disclosure | February 28, 2011 | April 11, 2011 |
| Rebuttal Expert Disclosure | March 30, 2011 | May 11, 2011 |
| Last day to complete all discovery | August 3, 2011 | September 6, 2011 |
| Last Day to Hear All Motions[1] | October 3, 2011 at 9:00 a.m. | October 3, 2011 at 9:00 a.m. |
| Final Pretrial conference | December 5, 2011 | December 5, 2011 |
| Trial | March 6, 2012 at 9:00 a.m. | March 6, 2012 at 9:00 a.m. |

DATED: February 18, 2010   WALSTON CROSS, Attorneys


By:   */s/ Greg S. Walston (as authorized on February 18, 2011)*
      GREG S. WALSTON
      Attorneys for Plaintiff JOSEPH TOMADA


DATED: February 18, 2010   SELMAN BREITMAN LLP


By:   */s/ Jennifer L. Rusnak*
      GREGG A. THORNTON
      JENNIFER L. RUSNAK
      Attorneys for Defendants
      SANDRA SPAGNOLI AND OFFICER MARK SIMONSON

---

[1] Per the Status (Pretrial Scheduling) Order, this time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

1  **ORDER**

2  **IT IS SO ORDERED:**

_____
GARLAND E. BURRELL, JR.
United States District Judge

5
**NOTICE AND STIPULATION FOR PROPOSED MODIFICATION OF STATUS ORDER; AND [PROPOSED] ORDER THEREON**
**2:10-CV-00856-GEB-DAD**

216001.1  555.28539